IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ADONIS ROBINSON AND TAMESHA ROBINSON**, | § § § |
| Plaintiffs, | § § |
| v. | §  Civil Action No. **3:13-CV-869-L** |
| **BANK OF AMERICA, N.A.**, | § § § |
| Defendant. | § § |

### ORDER

Before the court is Defendant's Motion for Summary Judgment (Doc. 24), filed October 8, 2014. On March 13, 2015, Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the motion be granted. No objections were filed to the Report. Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion for Summary Judgment (Doc. 24) and **dismisses with prejudice** this action.

**It is so ordered** this 2nd day of April, 2015.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page